UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

---

DIRECTV, LLC, a California Limited
Liability Company,

                Plaintiff,

v.

JODY L. KUBAT and CHRISTINE GRENOBLE, Individually, and as officers, directors, shareholders, and/or principals of THE NORA BAR, INC., d/b/a NORA BAR,

and

THE NORA BAR, INC., d/b/a NORA BAR,

                Defendants.

---

**STIPULATION OF DISMISSAL**
Civil Action No. 3:13-cv-50002

     Plaintiff, DIRECTV, LLC, having compromised this action and no party being an infant or incompetent, it is hereby stipulated and agreed to by and between the parties herein that based upon a settlement reached between the parties, that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: February 19, 2013

| DIRECTV, LLC | NORA BAR |
|---|---|
| /s/ Julie Cohen Lonstein | /s/ Joel M. L. Huotari |
| JULIE COHEN LONSTEIN, Esq. | Joel M. L. Huotari, Esq. |
| Attorney for Plaintiff | Williams McCarthy LLP |
| LONSTEIN LAW OFFICE, | Attorney for Defendants |
| 80 North Main St., P.O. Box 351 | 120 W. State Street, Ste. 400 |
| Ellenville, NY 12428 | Rockford, IL 61105-0219 |
| Telephone: (845) 647-8500 | Telephone: (815) 987-8982 |
| Facsimile: (845) 647-6277 | Facsimile: (815) 968-0019 |

/s/ Lewis B. Kaplan
Lewis B. Kaplan, Esq.
Attorney for Plaintiff
P.O. Box 1254
Rockford, IL 61105
Telephone: (815) 963-3090
Facsimile: (815) 964-3813